```
 1 | THOMAS P. O'BRIEN
   | United States Attorney
 2 | CHRISTINE C. EWELL
   | Assistant United States Attorney
 3 | Chief, Criminal Division
   | MARK C. KRAUSE (SBN 198142)
 4 | Assistant United States Attorney
   |      1200 United States Courthouse
 5 |      312 North Spring Street
   |      Los Angeles, California 90012
 6 |      Telephone: (213) 894-3493
   |      Fax: (213) 894-8601
 7 |      email: mark.krause@usdoj.gov
 8 | Attorneys for Plaintiff
   | United States of America
 9 |
   |               UNITED STATES DISTRICT COURT
10 |
   |           FOR THE CENTRAL DISTRICT OF CALIFORNIA
11 |
   | UNITED STATES OF AMERICA,    )   CR 08 00117
12 |                              )
   |              Plaintiff       )   ORDER SEALING THE INFORMATION
13 |                              )
   |         v.                   )
14 |                              )
   | Defendant                    )
15 |                              )
16 |      GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the
17 | Information in this case and all pleadings, and the Separate
18 | Declaration of Mark C. Krause be kept secret and under seal until
19 | the government moves to unseal the Information at Post-Indictment
20 | Arraignment.
21 |      IT IS FURTHER ORDERED that copies of the Information may be
22 | revealed and distributed to representatives of the following
23 | agencies: (1) the Bureau of Immigration and Customs Enforcement;
24 |
25 |
26 |
27 |
28 |
```

```
1  (2) United States Food and Drug Administration; and (3) the
2  United States Attorney's Office.
3       SO ORDERED: This __31__ day of January, 2008.
4
5                    _____
                     UNITED STATES MAGISTRATE JUDGE
6                                    DISTRICT
7
8
```